United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03689 |
| | § | |
| R & B REAL ESTATE INVESTMENT COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 6).

Accordingly, it is Ordered that this case is dismissed with prejudice.

SIGNED on October 26, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge